PROB 12C
(2/2016)

Case 2:21-cr-00360-MHT-KFP Document 55 Filed 03/12/24 Page 1 of 2

FILED
2024 Mar-12 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court

for

## Middle District of Alabama

# Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Daniel Ray Jackson                    Case Number:  2:21cr360-01-MHT

Name of Sentencing Judicial Officer:   The Honorable Myron H. Thompson, U.S. District Judge

Date of Original Sentence:  June 9, 2022

Original Offense:  Possession of a Firearm by a Convicted Felon, a Class C Felony

Original Sentence:  Time Served (1 day) followed by a 3-year term of supervised release

Type of Supervision:  Supervised Release                 Date Supervision Commenced:  June 9, 2022

Assistant U.S. Attorney:   Eric M. Counts                Defense Attorney:   Stephen M. Ganter

## PETITIONING THE COURT

☒  To issue a warrant

☐  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1-Mandatory Condition:** "The defendant shall not commit another federal, state or local crime." | On December 15, 2022, Daniel Jackson was arrested by officers of the Opp, Alabama, Police Department (OPD) and charged with Certain Persons Forbidden to Possess a Firearm, in violation of Alabama Criminal Code 13A-11-72(b). |
| **#2. Standard Condition #10:** "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon." | During a traffic stop initiated by officers of OPD, Jackson was found in possession of a firearm (Rossi .223 single-shot rifle). |

Case 2:21-cr-00360-MHT-KFP Document 55 Filed 03/12/24 Page 1 of 2

RE: Jackson, Daniel Ray
    Dkt. # 2:12cr360-01-MHT
    <u>PROB 12C</u>

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

    Click here to enter text.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>December 20, 2022</u>

by  <u>/s/ Seth Spooner</u>
    United States Probation Officer
Date: December 20, 2022

Reviewed and approved by:   <u>/s/ Ellen S. Traywick</u>
    Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
☐ Other

<u>/s/ Myron H. Thompson</u>
United States District Judge

December 20, 2022
Date